IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF JESSICA DANIELLE BROWN**     **PLAINTIFF**

v.     **CAUSE NO. 1:17CV230-LG-RHW**

**CITY OF LUCEDALE, MISSISSIPPI, ET AL.**     **DEFENDANTS**

### ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

BEFORE THE COURT is the [54] Plaintiff's Motion for Voluntary Dismissal of the City of Lucedale Without Prejudice. Plaintiff wishes to dismiss its claims against the City of Lucedale and proceed as to the remaining Defendants. The City of Lucedale has informed the Court that it is unopposed. Accordingly, dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) will be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [54] Plaintiff's Motion for Voluntary Dismissal of the City of Lucedale Without Prejudice is **GRANTED**. Plaintiff's claims against the City of Lucedale, Mississippi are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 11th day of October 2019.

                                s/ *Louis Guirola, Jr.*
                                Louis Guirola, Jr.
                                U.S. District Judge