IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF JESSICA DANIELLE BROWN**            **PLAINTIFF**

**VERSUS**            **CAUSE NO:1:17-cv-230-LG-RHW**

**CITY OF LUCEDALE, MISSISSIPPI;**
**GEORGE COUNTY, MISSISSIPPI; and**
**WARREN AVERY individually and in his official**
**Capacity as an employee of George County, Mississippi**            **DEFENDANTS**

### PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Plaintiff caused to be served upon the Defendant in the above-titled action, a copy of the following:

- *Plaintiff's Responses to George County, Mississippi's First Set of Interrogatories; and*
- *Plaintiff's Responses to George County, Mississippi's First Set of Requests for Production*

Counsel for the Plaintiff retains the originals of the aforesaid documents according to the Federal Rules of Civil Procedure.

Respectfully submitted this the 14th day of January, 2020.

           Respectfully submitted,

           **PLAINTIFF**

           /s/Daniel M. Waide
           DANIEL M. WAIDE, MSB #103543

Johnson, Ratliff & Waide, PLLC
1300 Hardy St.
PO Box 17738

Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
dwaide@jhrlaw.net

## **CERTIFICATE OF SERVICE**

 I, Daniel M. Waide, do hereby certify that I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 14th day of January, 2020.

              __/s/Daniel M. Waide_____
              DANIEL M. WAIDE, MSB #103543

Daniel M. Waide, (MSB#103543)
Johnson, Ratliff & Waide, PLLC
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net